USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
ZOLTAN HIRSCH, :
                            Plaintiff, :
:     14 Civ. 5097 (LGS)
      -against- :
:     OPINION AND ORDER
CAMPANIELLO SOHO, INC., et al., :
                       Defendants. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS on November 18, 2015, parties filed a joint letter stating that the settlement of the pending motion at Docket No. 41 has not been approved by Defendants. It is hereby

    ORDERED that the parties shall attend a conference on December 14, 2015, at 11:00 a.m., for an oral ruling on the motion at Docket No. 41 in the event that a settlement is not reached by that date.

Dated: November 18, 2015
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**